**Fill in this information to identify the case:**

Debtor 1  Henry L Walker

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Middle District of Alabama (Montgomery)

Case number  17-33142

## Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**
JPMorgan Chase Bank, National Association

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date
of this notice                          11/01/2017

**Last 4 digits** of any number you use to
identify the debtor's account:     8    9    2    9

**New total payment:**
Principal, interest, and escrow, if any     $ 871.09

| Part 1: | Escrow Account Payment Adjustment |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 0.02          New escrow payment: $ 292.69

| Part 2: | Mortgage Payment Adjustment |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
| --- | --- |

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*
   Reason for change:

   Current mortgage payment: $ _____          New mortgage payment: $ _____

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Esmeralda Munoz, a/k/a Esmer Munoz                    Date  11/17/2017
   Signature

Print: Esmeralda Munoz, a/k/a Esmer Munoz                   Vice President
   First Name          Middle Name          Last Name          Title

Company  JPMorgan Chase Bank, N.A.

Address  Chase Records Center Attn: Correspondence Mail
   Number          Street
   700 Kansas Lane, Mail Code LA4-5555
   Address 2
   Monroe                          LA          71203
   City                          State          ZIP Code

Contact phone  866-243-5851                   esmeralda.x.munoz@jpmchase.com
                                                  Email

# UNITED STATES BANKRUPTCY COURT

Middle District of Alabama (Montgomery)

Chapter 13 No. 17-33142
Judge: Dwight H. Williams, Jr.

In re:

 Henry L Walker

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before November 20, 2017 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:                           By U.S. Postal Service First Class Mail Postage Prepaid

                                  Henry L Walker
                                  660 Mindingall Road

                                  Tuskegee AL 36083

                                  By U.S. Postal Service First Class Mail Postage Prepaid

                                  N/A

Debtor's Attorney:                By U.S. Postal Service First Class Mail Postage Prepaid

                                  Cindee D. Holmes
                                  Law Office of Cindee Dale Holmes
                                  1909 5th Avenue North, Ste 200

                                  Birmingham AL 35203

                                  By U.S. Postal Service First Class Mail Postage Prepaid

                                  N/A

Trustee:                          By U.S. Postal Service First Class Mail Postage Prepaid

                                  Sabrina L. McKinney
                                  Trustee
                                  P.O. Box 173

                                  Montgomery AL 36101

/s/Esmeralda Munoz, a/k/a Esmer Munoz

Vice President

# CHASE 

3415 Vision Dr
Columbus OH 43219
1-800-848-9136

## Annual Escrow Account Disclosure Statement

| | | | |
|---|---|---|---|
| NAME | HENRY WALKER | LOAN NUMBER | [REDACTED] |
| NAME | | ANALYSIS AS OF | 10/31/2017 |
| ADDRESS | 660 MINDINGALL RD | | |
| CITY,STATE,ZIP | TUSKEGEE AL 36083 | | |

### CURRENT LOAN INFORMATION:

| | |
|---|---|
| PRINCIPAL BALANCE: | $101,169.67 |
| (THIS IS NOT YOUR PAYOFF AMOUNT) | |
| ESCROW BALANCE: | ($3,132.41) |
| NEXT PAYMENT DUE: | 9/1/2016 |
| ANTICIPATED ESCROW BALANCE: | ($3,132.13) |

### PRIOR PAYMENT BREAKDOWN:

| | |
|---|---|
| P&I: | $578.40 |
| ESCROW: | $0.02 |
| OTHER ESCROW: | |
| SUBSIDY: | |
| TOTAL: | $578.42 |

### NEW PAYMENT BREAKDOWN:

| | |
|---|---|
| P&I: | $578.40 |
| ESCROW: | $292.69 |
| SHORTAGE SPREAD: | $0.00 |
| OTHER ESCROW: | $0.00 |
| SUBSIDY: | $0.00 |
| TOTAL: | $871.09 |

**NEW PAYMENT EFFECTIVE DATE:** 11/1/2017

### GENERAL ESCROW ACCOUNT INFORMATION

| ESCROW ITEM | NEXT DUE DATE | PROJECTED ANNUAL DISBURSEMENTS | DIVIDED BY PAYMENTS PER YEAR | MONTHLY REQUIREMENT |
|---|---|---|---|---|
| County Tax | 12/1/2017 | $626.28 | 12 | $52.19 |
| Insurance | 7/1/2018 | $2,886.00 | 12 | $240.50 |
| | | | 12 | $0.00 |
| | | | 12 | $0.00 |
| | | | 12 | $0.00 |
| | | | 12 | $0.00 |
| | | | 12 | $0.00 |
| | | | 12 | $0.00 |
| | | | 12 | $0.00 |
| | | | 12 | $0.00 |
| | | | 12 | $0.00 |
| | | | 12 | $0.00 |
| | | | 12 | $0.00 |
| | | | 12 | $0.00 |
| | | | 12 | $0.00 |
| | | | 12 | $0.00 |
| | | | 12 | $0.00 |
| | | | 12 | $0.00 |
| | | | 12 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTAL MONTHLY ESCROW PAYMENT:** | $292.69 | **TOTAL CUSHION:** | $585.38 |

**NOTE:** Private Mortgage and Mortgage Insurance is not included in the Allowable Cushion. Per the General Escrow Account Information above, the amount of this insurance you have is: $0.00 per month. This amount times the number of Allowable Cushion months has been withheld from the total Cushion used in calculating the Target Balance.

### SURPLUS OR SHORTAGE CALCULATION:

| PROJECTED LOW BALANCE | + CUSHION | = TARGET BALANCE | ANTICIPATED ESCROW BALANCE | - TARGET BALANCE | = SHORTAGE |
|---|---|---|---|---|---|
| $878.07 | $585.38 | $1,463.45 | ($3,132.13) | $1,463.45 | ($4,595.58) |
| # MONTHS CUSHION: | 2 | | SHORTAGE/SURPLUS SPREAD IN MONTHS: | 12 | |

**NOTE:** Target Balance is the beginning balance necessary to bring your escrow account, at its lowest point during the next 12 months, to zero plus the allowed cushion. The Anticipated Balance is your current escrow balance, adding any payments and subtracting any bills due not yet paid between the Analysis As of Date and the New Payment Effective Date.

### NEW PAYMENT CALCULATION:

| TOTAL AMOUNT PER PAYMENT | + OTHER ESCROWS | + SHORTAGE SPREAD | + PRINCIPAL & INTEREST | = TOTAL NEW PAYMENT |
|---|---|---|---|---|
| $292.69 | $0.00 | $0.00 | $578.40 | $871.09 |

## Anticipated Escrow Balance Calculation

| | | |
|---|---|---|
| **Loan Number:** | ████████ | |
| **Mortgagor:** | HENRY WALKER | |
| **Current Due Date of Loan:** | 9/1/2016 | |
| **Effective Date of Analysis:** | 11/1/2017 | |

| Description | Amount | Balance |
|---|---|---|
| Current Escrow Balance | ($3,132.41) | ($3,132.41) |
| Total Escrow Due | $0.28 | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |
| | | ($3,132.13) |

**Anticipated Escrow Balance Effective**    **00/00/00**    ($3,132.13)

**Directions:**

1) Add any payments yet to be made OR subtract any payments already made up to the effective date of the analysis.

**For example:** The loan is due for 10/1/04. The effective date is 11/1/04. ADD the October payment for escrow only, as shown on REI1. *This should be entered as a positive.*

**For example:** The loan is due for 1/1/05. The effective date is 11/1/04. SUBTRACT the December -and- November payments as made on RE history. *These should be entered as a negative.*

2) Subtract any escrow bills due between today's date and the effective date of the analysis. *These should be entered as a negative.*

*The Anticipated Escrow Balance used on your Escrow Analysis statement is the calculated or "anticipated" escrow balance expected to be in your escrow account on the effective date of the Analysis. The Anticipated Escrow Balance is subtracted from your Target Escrow Balance to determine your escrow shortage or surplus.*

# Target Balance Calculation

**Loan #:** ███████

Escrow Analysis Dated:    10/31/2017

**Low Point Balance:**    $878.07

| Date | Deposits | Disbursements | Total |
|---|---|---|---|
| When calculating low point, always start with a zero balance: | | | **$0.00** |
| 11/2017 | $292.69 | | $292.69 |
| 12/2017 | $292.69 | | $585.38 |
| | | $626.28 | ($40.90) |
| 01/2018 | $292.69 | | $251.79 |
| 02/2018 | $292.69 | | $544.48 |
| 03/2018 | $292.69 | | $837.17 |
| 04/2018 | $292.69 | | $1,129.86 |
| 05/2018 | $292.69 | | $1,422.55 |
| 06/2018 | $292.69 | | $1,715.24 |
| 07/2018 | $292.69 | | $2,007.93 |
| | | $2,886.00 | ($878.07) |
| 08/2018 | $292.69 | | ($585.38) |
| 09/2018 | $292.69 | | ($292.69) |
| 10/2018 | $292.69 | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |

Detailed Escrow Summary

| LOAN NUMBER | BORROWER | ACTIVITY FROM - TO | ESCROW START |
|---|---|---|---|
| ▉ | HENRY WALKER | 10/1/16-10/31/17 | -$3,258.37 |
| TRANSACTION_DATE | ESCROW_AMT | TRAN_DESCRIPTION | RUNNING_ESCROW |
| 08/16/17 | 200.60 | PAYMENT | -3,132.41 |
| 06/28/17 | 557.28 | PAYMENT | -3,333.01 |
| 06/26/17 | -2,886.00 | HOMEOWNERS INSURANCE | -3,890.29 |
| 05/25/17 | 0.06 | PAYMENT | -1,004.29 |
| 05/24/17 | 197.75 | PAYMENT | -1,004.35 |
| 04/26/17 | 197.75 | PAYMENT | -1,202.10 |
| 01/30/17 | 14.49 | PAYMENT | -1,399.85 |
| 01/09/17 | 410.91 | PAYMENT | -1,414.34 |
| 1/9/2017 | 410.91 | PAYMENT | -1,825.25 |
| 1/9/2017 | 410.91 | PAYMENT | -2,236.16 |
| 1/9/2017 | 410.91 | PAYMENT | -2,647.07 |
| 1/9/2017 | 410.91 | PAYMENT | -3,057.98 |
| 11/15/2016 | -0.06 | DISBURSEMENT TO MORTGAGOR | -3,468.89 |
| 11/15/2016 | 0.06 | INTEREST ON ESCROW DEPOSIT | -3,468.83 |
| 11/9/2016 | 410.91 | PAYMENT | -3,468.89 |
| 10/20/2016 | -621.43 | COUNTY TAX | -3,879.80 |
| 10/1/2016 | | | -3,258.37 |

This payment change notice is filed in connection with a recent bankruptcy filing in order to establish the first post-petition mortgage payment. The date of the payment change is less than 21 days from the date of this notice as the filing of the instant bankruptcy prompted the change in the mortgage payment.